UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed.  As the judge assigned to case

  21-cv-03671-JD
  Boehning v. ContextLogic Inc. et al

I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me.  Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 21-cv-03930-MMC | Hoang v. ContextLogic, Inc. |  | **JD** |
| 21-cv-05015-CRB | Asmat v. ContextLogic, Inc. |  | **JD** |
| 21-cv-05411-CRB | Lam v. ContextLogic Inc. |  | **JD** |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CLERK'S NOTICE

The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

Dated: August 10, 2021          By: _/s/ Lisa R. Clark_
                                        Deputy Clerk